**Order filed January 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00006-CV
_____

**FERMIN FRANCO, INDIVIDUALLY, AND A/N/F OF KAMILA FRANCO AND DIEGO FRANCO, Appellants**

**V.**

**SONIA MORALES, Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2016-24798**

## ORDER

On August 22, 2018, appellant filed a brief that does not comply with the Texas Rules of Appellate Procedure. The brief fails to comply with rule 38.1(g) because the brief does not give a contain a statement of facts. *See* Tex. R. App. P. 38.1(g). The brief fails to comply with rule 38.1(h) because the brief does not contain a succinct, clear, and accurate statement of the arguments made in the body of the brief. *See* Tex. R. App. P. 38.1(h). The brief fails to comply with rule 38.1(i)

because the brief must contain, under an appropriate heading, a clear and concise argument for the contentions made with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(i). The brief fails to comply with rule 38.1(j) because it does not contain a short conclusion that clearly states the nature of relief sought. *See* Tex. R. App. P. 38.1(j).

Accordingly, we **STRIKE** appellant's brief. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **February 15, 2019.** If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution or the trial court's judgment affirmed based on appellee's brief. *See* Tex. R. App. P. 38.8(a)(1), (3).

PER CURIAM